IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| MICHAEL SMITH, | : | |
|---|---|---|
| Plaintiff, | : | 1:14-cv-2080 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| ANDREW KALE, | : | |
| Defendant. | : | |

## ORDER

**September 23, 2015**

**NOW, THEREFORE,** upon consideration of Defendant's motion (Doc. 23) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and in accordance with the court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion (Doc. 23) is **GRANTED**. Plaintiff's complaint is **DISMISSED** in its entirety.

2. The Clerk of Court is further directed to **CLOSE** this case.

3. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                                    s/ John E. Jones III
                                                    John E. Jones III
                                                    United States District Judge